```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

QUITMAN WAYNE AINSWORTH                                    APPELLANT

VS.                                       CIVIL ACTION NO. 3:07CV307TSL

JAMES D. MCDONALD, ET AL.                                   APPELLEES

                              ORDER

It is hereby ordered that this appeal is dismissed pursuant to Bankruptcy Rule 8001(a), based on appellant's failure to timely file a brief in support of his appeal as required by Bankruptcy Rule 8009(a)(1).

SO ORDERED, this the 6th day of March, 2008.

                              /s/Tom S. Lee
                              UNITED STATES DISTRICT JUDGE